UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| SAM VAH,<br><br>                   Petitioner,<br><br>v.<br><br>JEREMY BEAN, *et al.*,<br><br>                   Respondents. | Case No. 2:24-cv-01768-GMN-DJA<br><br>**ORDER GRANTING<br>MOTION FOR EXTENSION<br>OF TIME**<br><br>**[ECF No. 18]** |

      This matter comes before this Court on Petitioner Sam Vah's Unopposed Motion for a 120-Day Extension of Time to file his Second Amended Petition. (ECF No. 18.)  This is Vah's first request for an extension of this deadline.  This Court finds that good cause exists to grant the Motion, but it finds that 120 days is too extensive.

      It is therefore Ordered that the Motion for Extension of Time (ECF No. 18) is **GRANTED, in part**. Vah has up to and including April 15, 2025, to file his Second Amended Petition.

Dated: February 11, 2025

                                                                                 Gloria M. Navarro, Judge<br>                                                          United States District Court