UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| SAM VAH, | Case No. 2:24-cv-01768-GMN-DJA |
| Petitioner, | **ORDER GRANTING MOTION FOR EXTENSION OF TIME** |
| v. | |
| JEREMY BEAN, *et al.*, | **[ECF No. 20]** |
| Respondents. | |

This matter comes before this Court on Petitioner Sam Vah's Unopposed Motion for a 60-Day Extension of Time to file his Second Amended Petition. (ECF No. 20.)  This is Vah's second request for an extension of this deadline.  This Court finds that good cause exists to grant the Motion.

It is therefore Ordered that the Motion for Extension of Time (ECF No. 20) is **GRANTED**. Vah has up to and including June 16, 2025, to file his Second Amended Petition.

Dated:  April 16, 2025

_____
Gloria M. Navarro, Judge
United States District Court