**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| SAM VAH, | Case No. 2:24-cv-01768-GMN-DJA |
| Petitioner, | **ORDER GRANTING MOTION FOR EXTENSION OF TIME** |
| v. | |
| JEREMY BEAN, *et al.*, | **[ECF No. 22]** |
| Respondents. | |

This matter comes before this Court on Petitioner Sam Vah's Motion for a 60-Day or 90-Day Extension of Time to file his Second Amended Petition. (ECF No. 22.) This is Vah's third request for an extension of this deadline, and he explains that an extension is needed "to allow for two experts to conduct a review of [his] records and produce reports if necessary" regarding his coerced confession and DNA testing. (*Id*. at 3.) Respondents oppose the Motion, arguing that an extension of time for the purpose of developing new evidence does not support AEDPA's goals of reducing delay and encouraging petitioners to follow state procedural rules. (ECF No. 23.) Given that Vah is researching claims of his actual innocence, this Court finds that good cause exists to grant the Motion, granting Vah a 90-day extension to pursue expert opinions.

It is therefore Ordered that the Motion for Extension of Time (ECF No. 22) is **GRANTED**. Vah has up to and including September 15, 2025, to file his Second Amended Petition.

Dated: June 23, 2024

Gloria M. Navarro, Judge
United States District Court