UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| SAM VAH,<br><br>                    Petitioner,<br><br>v.<br><br>JEREMY BEAN, *et al.*,<br><br>                    Respondents. | Case No. 2:24-cv-01768-GMN-DJA<br><br>**ORDER GRANTING<br>MOTION FOR EXTENSION<br>OF TIME**<br><br>**[ECF No. 26]** |

    This matter comes before this Court on Petitioner Sam Vah's Motion for a 60-Day Extension of Time to file his Second Amended Petition. (ECF No. 26.) This is Vah's fourth request for an extension of this deadline. This Court finds that good cause exists to grant the Motion.

    It is therefore Ordered that the Motion for Extension of Time (ECF No. 26) is **GRANTED**. Vah has up to and including November 14, 2025, to file his Second Amended Petition.

Dated: September 17, 2025

_____
Gloria M. Navarro, Judge
United States District Court