UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| SAM VAH,<br><br>　　　　　　　　Petitioner,<br><br>v.<br><br>JEREMY BEAN, *et al.*,<br><br>　　　　　　　　Respondents. | Case No. 2:24-cv-01768-GMN-DJA<br><br>**ORDER GRANTING<br>MOTION FOR EXTENSION<br>OF TIME**<br><br>**[ECF No. 28]** |

　　　This matter comes before this Court on Petitioner Sam Vah's Motion for a 14-Day Extension of Time to file his Second Amended Petition. (ECF No. 28.) This is Vah's fifth request for an extension of this deadline. This Court finds that good cause exists to grant the Motion, but it warns that future requests for an extension of this deadline will be viewed unfavorably.

　　　It is therefore Ordered that the Motion for Extension of Time (ECF No. 28) is **GRANTED**. Vah has up to and including December 1, 2025, to file his Second Amended Petition.

　　　Dated:  November 20, 2025

　　　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　　Gloria M. Navarro, Judge
　　　　　　　　　　　　　　　　　　　　　　　　　　　　United States District Court