**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| SAM VAH, | Case No. 2:24-cv-01768-GMN-DJA |
| Petitioner, | **ORDER GRANTING MOTION FOR EXTENSION OF TIME** |
| v. | |
| JEREMY BEAN, *et al.*, | **[ECF No. 30]** |
| Respondents. | |

This matter comes before this Court on Petitioner Sam Vah's Motion for a 3-Day Extension of Time to file his Second Amended Petition. (ECF No. 30.)  In the Motion, counsel for Vah explains that she "overestimated the amount of time she could set aside over the holiday weekend to get [the Second Amended Petition] finished." (*Id*. at 2.)  This is Vah's sixth request for an extension of this deadline.  Although this Court warned that future requests for an extension of this deadline would be viewed unfavorably, this Court finds that Vah has shown good cause exists to grant the Motion.

It is therefore Ordered that the Motion for Extension of Time (ECF No. 30) is **GRANTED**. Vah has up to and including December 4, 2025, to file his Second Amended Petition.

Dated:  December 3, 2025

_____
Gloria M. Navarro, Judge
United States District Court