# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

SAM VAH,

                                   Petitioner,

v.

JEREMY BEAN, *et al.*,

                                   Respondents.

Case No. 2:24-cv-01768-GMN-DJA

**ORDER GRANTING MOTIONS TO SEAL AND MOTION FOR EXTENSION OF TIME**

**[ECF Nos. 38, 42, 44]**

This matter comes before this Court on Respondents' Motions to Seal Petitioner Sam Vah's Presentence Investigation Report and Presentence Investigation Statement. (ECF Nos. 38, 42.) Having reviewed and considered the matter in accordance with *Kamakana v. City and County of Honolulu*, 447 F.3d 1172 (9th Cir. 2006), and its progeny, this Court finds that a compelling need to protect Vah's safety, privacy, and/or personal identifying information outweighs the public interest in open access to court records.

This matter also comes before this Court on Vah's Motion for a 60-Day Extension of Time to file his opposition to Respondents' Motion to Dismiss. (ECF No. 44.) This is Vah's first request for an extension of this deadline. This Court finds that good cause exists to grant the Motion.

It is therefore Ordered that the Motions to Seal Documents (ECF Nos. 38, 42) are granted. Exhibits 77 and 78 (ECF Nos. 39-1 and 39-2) are considered properly filed under seal.

It is further Ordered that the Motion for Extension of Time (ECF No. 44) is granted. Vah has up to and including April 13, 2026, to file his opposition.

Dated:    February 23, 2026

_____
Gloria M. Navarro, Judge
United States District Court