**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| SAM VAH, | Case No. 2:24-cv-01768-GMN-DJA |
| Petitioner, | **ORDER** |
| v. | |
| JEREMY BEAN, et al., | |
| Respondents. | |

In this habeas matter, Petitioner Sam Vah filed an unopposed request for a two-week extension of time, until April 27, 2026, to file an opposition to the Motion to Dismiss the petition. ECF No. 46.  The Court finds the request is made in good faith and not solely for the purpose of delay, and therefore good cause exists to grant the motion.

It is therefore Ordered that Petitioner's Motion for Extension of Time to File Opposition to Motion to Dismiss (Second Request) (ECF No. 46) is granted.

It is further Ordered that Petitioner has through April 27, 2026, to file an opposition to the Motion to Dismiss the petition.

Dated:    April 16, 2026

GLORIA M. NAVARRO
UNITED STATES DISTRICT JUDGE