# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

SAM VAH,

                      Petitioner,

v.

JEREMY BEAN, et al.,

                      Respondents.

Case No. 2:24-cv-01768-GMN-DJA

**EXTENSION ORDER**

In this habeas matter, Petitioner Sam Vah filed an unopposed third request for a 30-day extension of time to file an opposition to the Motion to Dismiss the petition. ECF No. 48. The Court finds the request is made in good faith and not solely for the purpose of delay, and therefore good cause exists to grant the motion.

It is therefore Ordered that Petitioner's Unopposed Motion for Extension of Time to File Opposition to Motion to Dismiss (Third Request) (ECF No. 48) is granted.

It is further Ordered that Petitioner has through May 27, 2026, to file an opposition to the Motion to Dismiss the petition.

Dated:    April 30, 2026

                                    _____

GLORIA M. NAVARRO
UNITED STATES DISTRICT JUDGE