**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

SAM VAH,

Petitioner,

v.

JEREMY BEAN, et al.,

Respondents.

Case No. 2:24-cv-01768-GMN-DJA

**EXTENSION ORDER**

In this habeas matter, Petitioner Sam Vah seeks a two-week extension of time to file an opposition to the Motion to Dismiss Second Amended Petition. ECF No. 51.  The Court finds there is good cause to grant the request as it is made in good faith and not solely for the purpose of delay. Fed. R. Civ. P. 6(b)(1)(A); LR IA 6-1. **Due to the age of this case and extensions of time already given, Vah's counsel is directed to prioritize the briefing in this case over later-filed matters**.  **Further extensions of time are unlikely to be granted absent compelling circumstances and a strong showing of good cause why counsel could not file an opposition to the Motion to Dismiss the Second Amended Petition within the extended time allowed despite the exercise of due diligence**.

It is therefore Ordered that Petitioner's Unopposed Motion for Extension of Time to File Opposition to Motion to Dismiss (Fourth Request) (ECF No. 51) is granted.

It is further Ordered that Petitioner has through June 10, 2026, to file an opposition to the Motion to Dismiss the Second Amended Petition.

Dated:     June 1, 2026

_____
GLORIA M. NAVARRO
UNITED STATES DISTRICT JUDGE